IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MAE DEAN ANDERSON**                                                                          **PLAINTIFF**

v.                                          **5:04-CV-00298-WRW**

**WAL-MART STORES, INC.**                                                             **DEFENDANT**

**ORDER**

Pending is Plaintiff's Motion to Dismiss Without Prejudice (Doc. No. 14). Plaintiff requests that her case be dismissed without prejudice under Federal Rule of Civil Procedure 41. Defendant does not object.

For good cause shown and because Defendant does not object, Plaintiff's Motion to Dismiss Without Prejudice (Doc. No. 14) is GRANTED. Accordingly, this case is DISMISSED and all other pending motions are DENIED as MOOT.

IT IS SO ORDERED this 30th day of August, 2005.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

1